**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7119**

ALFRED WAYNE FINNELL,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; JUVENILE & DOMESTIC
RELATIONS COURT, Nineteenth Judicial District,
Fairfax County, Virginia,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-02-664-AM)

Submitted:  October 10, 2002          Decided:  October 21, 2002

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred Wayne Finnell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred Wayne Finnell appeals the district court's order summarily dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Insofar as Finnell is attempting to challenge his federal conviction, we find it barred by the rule announced in Heck v. Humphrey, 512 U.S. 477 (1994). We also find the action barred by the statute of limitations. Wilson v. Garcia, 471 U.S. 261 (1985). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED